NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAKOTA CORPORATION**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5042

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-553, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

ROBERT J. SYMON, Bradley, Arant, Rose & White, LLP, of Washington, DC, for plaintiff-appellant.

JANE C. DEMPSEY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were TONY WEST, Assistant Attorney Director, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM RADER, *Chief Judge*, LOURIE and DYK,
*Circuit Judges*.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 5, 2010     /s/ Jan Horbaly
Date                 Jan Horbaly
                     Clerk